UNITED STATES of America

v.

**Haitham AWWAD, also known as Tanman4youngerf**

**Haitham Awwad, Appellant.**

No. 05–2241.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) May 19, 2006.

Filed June 12, 2006.

Anthony J. Wzorek, Office of United States Attorney, Philadelphia, PA, for Appellee.

Robert Epstein, Defender Association of Philadelphia Federal Court Division, Philadelphia, PA, for Appellant.

Before: McKEE and STAPLETON, Circuit Judges, and McCLURE,* District Judge.

*OPINION OF THE COURT*

STAPLETON, Circuit Judge:

Haitham Awwad appeals his conviction under 18 U.S.C. § 2422(b) for attempting to use a means of interstate commerce (the Internet) to persuade, induce, and entice a minor to engage in sexual activity and his

---

* Hon. James F. McClure, Jr., United States District Judge for the Middle District of Pennsylvania, sitting by designation.

conviction under 18 U.S.C. § 2423(b) for traveling in interstate commerce for the purposes of engaging in sexual conduct with a minor. He argues on appeal that he cannot be convicted under either statute because his intended victim was, in fact, not a minor but an undercover FBI agent posing as a minor online. While his appeal was pending we rejected the precise arguments made by Awwad under both of these statutory provisions in *United States v. Tykarsky*, 446 F.3d 458 (3d Cir.2006). Accordingly, we will affirm the order of the District Court.